**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2319

JOHN STERLING PETTENGILL,

Plaintiff – Appellant,

v.

CITY OF RICHWOOD'S FEDERAL SEWER PROJECT; WEST VIRGINIA
DEVELOPMENT OFFICE; THE SEWER TECHNICAL REVIEW COMMITTEE, of
West Virginia's Department of Environmental Protection,

Defendants – Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Joseph R. Goodwin,
Chief District Judge. (2:07-cv-00290)

Submitted: May 22, 2009                     Decided: June 15, 2009

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Sterling Pettengill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Sterling Pettengill appeals the district court's order denying his motions to reopen his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Pettengill v. City of Richwood's Fed. Sewer Project</u>, No. 2:07-cv-00290 (S.D. W. Va. Nov. 13, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>